UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
DOMINY, JOHN THOMAS

Case No.: 17-22823-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on September 19, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 14 FOXTON DRIVE, ATCO NJ 08004<br>(FMV $176,000.00) |
|---|---|

| Liens on property: | $289,075.94, Bank of America |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-22823-ABA
John Thomas Dominy                                              Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 1         Date Rcvd: Aug 17, 2017
                             Form ID: pdf905          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
```
db             +John Thomas Dominy,   14 Foxton Drive,    Atco, NJ 08004-2488
516921000       BANK OF AMERICA, N.A.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516897185      +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
516897187     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell,    PO Box 6403,    Carol Stream, IL 60197)
516897186     #+Debt Recovery Solutions,    900 Merchant, Suite 106,    Westbury, NY 11590-5114
516897188      +IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
516897189      +KML Law Group,    701 Market Steet, Suite 500,    Philadelphia, PA 19106-1538
516897190      +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
516897192      +Remex,   307 Wall Street,    Princeton, NJ 08540-1515
516897193      +Virtua,    PO Box 8500-8267,    Philadelphia, PA 19178-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516897183      +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2017 23:07:51      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
516897184       E-mail/Text: BankruptcyNotices@aafes.com Aug 17 2017 23:07:55      Army/Airforce Exchange,
                 PO Box 650410,    Dallas, TX 75265
516897191      +E-mail/Text: Supportservices@receivablesperformance.com Aug 17 2017 23:09:23
                 REceivables Performance,    20816 44th Ave West,    Lynwood, WA 98036-7744
                                                                                               TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516897182     ##+Account Resolution,    9301 Winnetka Ave, Unit B,    Chatsworth, CA 91311-6079
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert H. Johnson    on behalf of Debtor John Thomas Dominy ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```